IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMPARO GAVINA aka AMPARO REYES ) | |
| ) | |
| NATIONSTAR MORTGAGE, LLC AS SERVICING ) | |
| AGENT FOR FIRST HORIZON HOME LOANS A ) | |
| DIVISION OF FIRST TENNESSEE BANK ) | |
| NATIONAL ASSOCIATION, ) | |
| Creditor, ) | |
| ) | |
| vs. ) | CASE NO. 11-10547 |
| ) | JUDGE JACQUELINE P. COX |
| AMPARO GAVINA aka AMPARO REYES, ) | |
| Debtor, ) | |
| ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Nationstar Mortgage, LLC as servicing agent for First Horizon Home Loans a division of First Tennessee Bank National Association, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 1, 2014 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of August 15, 2014.

    a.   Payments                                         $3,288.82

        (7/14 – 8/14: 2 @ $1,644.41)

    b.   Suspense                                          ($461.39)

    **Total                                              $2,827.43**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within twenty one

days of this notice, Nationstar Mortgage, LLC as servicing agent for

First Horizon Home Loans a division of First Tennessee Bank National

Association rights to collect these amounts will remain unaffected.

          Respectfully Submitted,
          Nationstar Mortgage, LLC as
          servicing agent for First Horizon
          Home Loans a division of First
          Tennessee Bank National
          Association

          <u>/s/Toni Dillon</u>
          ARDC#6289370

          Pierce and Associates, P.C.
          1 North Dearborn Street
          Suite 1300
          Chicago, Illinois 60602
          (312)346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AMPARO GAVINA aka AMPARO REYES ) | |
| ) | |
| NATIONSTAR MORTGAGE, LLC AS SERVICING ) | |
| AGENT FOR FIRST HORIZON HOME LOANS A ) | |
| DIVISION OF FIRST TENNESSEE BANK ) | |
| NATIONAL ASSOCIATION, ) | |
|     Creditor, ) | |
|   vs. ) | CASE NO. 11-10547 |
| ) | JUDGE JACQUELINE P. COX |
| AMPARO GAVINA aka AMPARO REYES, ) | |
|     Debtor, ) | |

**CERTIFICATE OF SERVICE**

TO:   SEE ATTACHED ADDRESSES

**CERTIFICATION**

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on September 2, 2014, with proper postage prepaid.

/s/Toni Dillon
ARDC#6289370

**\*\*\*THESE DOCUMENTS ARE AN ATTEMPT**           Pierce and Associates,
**TO COLLECT A DEBT AND ANY**                     1 North Dearborn
**INFORMATION OBTAINED WILL BE USED**             13th Floor
**FOR THAT PURPOSE\*\*\***                        Chicago, IL 60602

**SERVICE LIST**

To Trustee:
Tom Vaughn
55 East Monroe St.
Suite 3850
Chicago, Illinois 60604
**by Electronic Notice though ECF**

To Debtor:
AMPARO GAVINA aka AMPARO REYES
1112 Ashland Avenue
Chicago Heights, IL 60411
**by U.S. Mail**

To Attorney:
Robert J. Semrad & Associates
20 S. Clark Street, 28th Fl
Chicago, IL 60603
**by Electronic Notice though ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys for: Creditor
1 North Dearborn, Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA12-3671